# Court of Appeals
# of the State of Georgia

ATLANTA,___November 21, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0244.  PETERSON v. THE STATE.**

Appellant Paul Peterson has filed a motion to remand this appeal to the trial court for a hearing on the issue of ineffective assistance of counsel.  It appears that issues remain to be decided in light of the Supreme Court's recent decision in *McLaughlin v. Payne*, 295 Ga. 609 (761 SE2d 289) (2014). Accordingly, it is hereby

ORDERED, that appellant's motion is hereby GRANTED and this case is REMANDED to the Superior Court of Haralson County so that the trial court may conduct an evidentiary hearing on the alleged ineffective assistance of trial counsel. Peterson shall have 30 days to file a notice of appeal from any order entered by the trial court on remand.  Id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____11/21/2014_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*